**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No. 6:17-cv-01026-PGB-KRS**
**MDL Docket No. 2286**

LEWIS THORNTON,

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT,
INC.,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, the Court is advised that the Plaintiff, Lewis Thornton and

Defendant, Midland Credit Management, Inc., have reached a tentative settlement agreement

wherein this case will be dismissed with prejudice. The parties need a short period of time to

memorialize the agreement and expect to be able to complete that task within the next two

weeks.

Respectfully,

/s/ George M. Gingo
George M. Gingo
Florida Bar No.: 879533
400 Orange Street
Titusville, Florida 32796
Phone: (321) 264 – 9624
gingo.george@gmail.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ George M. Gingo</u>
George M. Gingo
Florida Bar No.: 879533